Thomas Stenson (OR No. 152894)
tstenson@droregon.org
Joel Greenberg (OR No. 943233)
jgreenberg@droregon.org
Disability Rights Oregon
511 SW 10th Avenue, Suite 200
Portland, OR 97205-2748
(503) 243-2081

Hannah Benton Eidsath (CT No. 428982)*
hbenton@youthlaw.org
Crystal Adams (CA No. 308638)*
cadams@youthlaw.org
Nina Monfredo (NY No. 5717624)*
nmonfredo@youthlaw.org
712 H Street NE, DPT #32020
National Center for Youth Law
(510) 899-6559

Selene Almazan-Altobelli (MD No. 10506)*
selene@copaa.org
Council of Parent Attorneys and Advocates
8 Market Place, Suite 300
Baltimore, MD 21285
(844) 426-7224 ext. 702

Ira A. Burnim (D.C. No. 406154)*
irab@bazelon.org
Lewis Bossing (D.C. No. 984609)*
lewisb@bazelon.org
Bazelon Center for Mental Health Law
1090 Vermont Avenue NW, Suite 220
Washington, DC 20005-4900
(202) 467-5730

Michael Folger (NY No. 5151337)*
michael.folger@probonolaw.com
1 Manhattan West
New York, NY 10001
(212) 735-3000

*Admitted pro hac vice

*Attorneys for Plaintiffs*

**UNITED STATES DISTRICT COURT
DISTRICT OF OREGON
EUGENE DIVISION**

| | |
|---|---|
| J.N., et al., | Case No. 6:19-CV-00096-AA |
| Plaintiffs, | |
| | **JOINT STATUS REPORT** |
| v. | |
| OREGON DEPARTMENT OF EDUCATION, et al., | |
| Defendants. | |

In accordance with the Court's December 20, 2021 order, ECF No. 147, the Parties file this Joint Status Report.

On January 22, 2019, four individual students, on behalf of a class of similarly situated students, and the Council of Parent Attorneys and Advocates, Inc., (collectively, "Plaintiffs") filed a complaint for equitable relief against the Oregon Department of Education, its Director Colt Gill and Governor Katherine Brown (collectively, "Defendants"). (ECF No. 1.)

On April 19, 2019, Defendants filed a motion to dismiss which Plaintiffs opposed. (ECF Nos. 33 and 41.)

On February 3, 2020, Plaintiffs moved to certify a class of: All students with disabilities aged 3 to 21 residing in Oregon who are eligible for special education and related services under the Individuals with Disabilities Education Act ("IDEA") and are currently being subjected to a shortened school day or are at substantial risk of being subjected to a shortened school day due to their disability-related behaviors. (ECF No. 64.) Defendants opposed Plaintiffs' motion for class certification. (ECF No. 93.)

On September 1, 2020, the Court denied Defendants' motion to dismiss. (ECF No. 104.)

On September 29, 2020, Defendants filed their answer to the complaint. (ECF No. 109.)

On January 29, 2021, Plaintiffs moved for partial summary judgment. (ECF No. 119.)

On February 5, 2021, the Court certified the Plaintiff class. (ECF No. 123.)

On February 9, 2021, the Court entered a scheduling order requiring discovery to be completed by June 1, 2021; initial expert witness disclosures due by July 16, 2021; rebuttal expert witness designations and disclosures due by August 30, 2021; expert discovery to be completed by October 15, 2021; and dispositive motions to be filed by December 1, 2021. (ECF No. 125.)

On March 11, 2021, Defendants responded to the Plaintiffs' motion for partial summary judgment and filed an amended answer removing affirmative defenses at issue in Plaintiffs' motion for summary judgment. (ECF Nos. 131 and 132.)

On June 4, 2021, the Court issued a stay in this matter to allow the Parties to engage in settlement negotiations. (ECF No. 136.) On July 8, 2021, the Court extended the stay. (ECF No. 138.) On August 23, 2021, the Court continued the stay and ordered the Parties to file a joint status report by March 21, 2022. (ECF No. 140.)

On August 16, 2021, the Parties entered into an Interim Settlement Agreement ("Agreement"). Exhibit 1. Pursuant to the terms of the Agreement, the Parties agreed to a two-phased approach to attempt to resolve the Action: (1) fact-finding by a Neutral Expert regarding the use of Shortened School Days for the class and the Neutral Expert's preparation of a report with findings and recommendations ("Phase I"); and (2) negotiation of any appropriate remedies for any identified systemic misuse (if any) of Shortened School Days for the Target Population during a continued settlement conference with Judge Acosta ("Phase II"). Agreement at 2.

On September 22, 2021, the Court withdrew Plaintiffs' motion for partial summary judgment with leave to refile if the case did not settle. (ECF No. 141.)

On October 15, 2021, the Parties selected Dr. David Bateman to serve as the Neutral Expert. The Defendants executed Dr. Bateman's contract on December 3, 2021.

On December 20, 2021, the Court extended the stay through July 31, 2022 and reset the deadline for the joint status report to July 31, 2022. (ECF No. 147.)

Dr. Bateman's contract initially set his report to be due on June 3, 2022. Dr. Bateman subsequently requested an extension of his report deadline to July 1, 2022, and the Parties agreed to this extension. On June 30, 2022, Dr. Bateman provided the Parties with his report. Exhibit 2.

On July 12, 13, and 18, 2022, the Parties engaged in settlement conferences with the assistance of Judge Acosta.  The Parties have not been able to resolve this matter.

The Parties respectfully request that the Court set a status conference to reset pretrial deadlines.  The Parties have conferred but have not reached agreement on a proposed schedule.

Plaintiffs propose the following schedule:

| Event | Deadline |
| --- | --- |
| Supplementation of prior discovery responses | August 26, 2022 |
| Initial expert witness designations and disclosures | September 30, 2022 |
| Rebuttal expert witness designations and disclosures | October 28, 2022 |
| Expert discovery completion | December 2, 2022 |
| Filing of dispositive motions on merits | January 13, 2023 |

Defendants propose the following schedule:

| Event | Deadline |
| --- | --- |
| Supplementation of prior discovery responses | September 15, 2022 |
| Initial expert witness designations and disclosures | October 31, 2022 |
| Rebuttal expert witness designations and disclosures | December 15, 2022 |
| Expert discovery completion | January 30, 2023 |
| Filing of dispositive motions on merits | March 16, 2023 |

RESPECTFULLY SUBMITTED this 1st day of August 2022

**Counsel for Plaintiffs**
By: /s/ Hannah Benton Eidsath
Thomas Stenson (OR No. 152894)
tstenson@droregon.org
Joel Greenberg (OR No. 943233)
jgreenberg@droregon.org
Disability Rights Oregon
511 SW 10th Avenue, Suite 200
Portland, OR 97205-2748
(503) 243-2081

Hannah Benton Eidsath (CT No. 428982)*
hbenton@youthlaw.org
Crystal Adams (CA No. 308638)*
cadams@youthlaw.org
Nina Monfredo (NY No. 5717624)*
nmonfredo@youthlaw.org
712 H Street NE, DPT #32020
National Center for Youth Law
(510) 899-6559

Ira A. Burnim (D.C. No. 406154)*
irab@bazelon.org
Lewis Bossing (D.C. No. 984609)*
lewisb@bazelon.org
Bazelon Center for Mental Health Law
1090 Vermont Avenue NW, Suite 220
Washington, DC 20005-4900
(202) 467-5730

Selene Almazan-Altobelli (MD No. 10506)*
selene@copaa.org
Council of Parent Attorneys and Advocates
8 Market Place, Suite 300
Baltimore, MD 21285
(844) 426-7224 ext. 702

Michael Folger (NY No. 5151337)*
michael.folger@probonolaw.com
1 Manhattan West
New York, NY 10001
(212) 735-3000

**Counsel for Defendants**
By: /s/ Carla Scott
CARLA A. SCOTT #054725
Senior Assistant Attorney General
NINA R. ENGLANDER #106119
Assistant Attorney General
Trial Attorneys
Tel (971) 673-1880
Fax (971) 673-5000
Carla.A.Scott@doj.state.or.us
Nina.Englander@doj.state.or.us