ELLEN F. ROSENBLUM
Attorney General
CARLA A. SCOTT #054725
Senior Assistant Attorney General
NINA R. ENGLANDER #106119
Assistant Attorney General
Department of Justice
100 SW Market Street
Portland, OR 97201
Telephone: (971) 673-1880
Fax: (971) 673-5000
Email:  Carla.A.Scott@doj.state.or.us
             Nina.Englander@doj.state.or.us

Attorneys for Defendants Oregon Department of Education, Colt Gill and Katherine Brown

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| J.N., by and through his next friend, Cheryl Cisneros, E.O., by and through his next friend, Alisha Overstreet; J.V., by and through his next friend, Sarah Kaplansky; B.M. by and through his next friend, Traci Modugno; on behalf of themselves and all others similarly situated, and<br><br>COUNCIL OF PARENT ATTORNEYS AND ADVOCATES, INC.,<br><br>　　　　　Plaintiffs,<br>　　v.<br><br>OREGON DEPARTMENT OF EDUCATION,<br><br>COLT GILL, in his official capacities as Director of Oregon Department of Education and Deputy Superintendent of Public Instructions for the State of Oregon, and<br><br>KATHERINE BROWN, in her official capacities as Governor and Superintendent of Public Instruction for the State of Oregon,<br><br>　　　　　Defendants. | Case No.  6:19-cv-00096-AA<br><br>JOINT MOTION FOR STIPULATED SUMMARY JUDGMENT DEADLINES |

Page 1 -    JOINT MOTION FOR STIPULATED SUMMARY JUDGMENT DEADLINES
           685010879

Department of Justice
100 SW Market Street
Portland, OR 97201
(971) 673-1880 / Fax: (971) 673-5000

Pursuant the Scheduling Order entered on September 7, 2022, dispositive motions on the merits "are due by 3/16/2023." (ECF No. 162). To facilitate efficient briefing of cross motions for summary judgment, the Parties respectfully request that the Court enter the following briefing schedule:

Plaintiffs' Motion for Summary Judgment is due **March 16**, **2023**. Defendants' Combined Cross-Motion for Summary Judgment and Response to Plaintiffs' Motion for Summary Judgment is due **April 13, 2023**. Plaintiffs' Combined Response to Defendants' Cross-Motion for Summary Judgment and Reply in Support of Plaintiffs' Motion for Summary Judgment is due **May 4, 2023**. Defendants' Reply in Support of Defendants' Cross-Motion for Summary Judgment is due **May 18, 2023**.

DATED January  5 , 2023.

**Counsel for Plaintiffs:**

By:   *s/ Hannah Benton Eidsath*
Thomas Stenson (OR No. 152894)
tstenson@droregon.org
Joel Greenberg (OR No. 943233)
jgreenberg@droregon.org
Disability Rights Oregon
511 SW 10th Avenue, Suite 200
Portland, OR 97205-2748
(503) 243-2081

Hannah Benton Eidsath (CT No. 428982)*
hbenton@youthlaw.org
Nina Monfredo (NY No. 5717624)*
nmonfredo@youthlaw.org
Seth Packrone (NY No. 5395769)*
spackrone@youthlaw.org
National Center for Youth Law
818 Connecticut Avenue NW, Suite 425
Washington, DC 20006
(202) 868-4781

Selene Almazan-Altobelli (MD No. 10506)*
selene@copaa.org
Council of Parent Attorneys and Advocates
8 Market Place, Suite 300
Baltimore, MD 21285
(844) 426-7224 ext. 702

Ira A. Burnim (D.C. No. 406154)*
irab@bazelon.org
Lewis Bossing (D.C. No. 984609)*
lewisb@bazelon.org
Bazelon Center for Mental Health Law
1090 Vermont Avenue NW, Suite 220
Washington, DC 20005-4900
(202) 467-5730

Michael Folger (NY No. 5151337)*
michael.folger@probonolaw.com
1 Manhattan West New York, NY 10001
(212) 735-3000
*Admitted pro hac vice

**Counsel for Defendants**

   *s/ Nina R. Englander*
CARLA A. SCOTT #054725
Senior Assistant Attorney General
NINA R. ENGLANDER #106119
Assistant Attorney General
Trial Attorneys
Tel (971) 673-1880
Fax (971) 673-5000
Carla.A.Scott@doj.state.or.us
Nina.Englander@doj.state.or.us
Of Attorneys for Defendants

Page 2 -   JOINT MOTION FOR STIPULATED SUMMARY JUDGMENT DEADLINES
685010879

Department of Justice
100 SW Market Street
Portland, OR 97201
(971) 673-1880 / Fax: (971) 673-5000