Thomas Stenson (OR No. 152894)
tstenson@droregon.org
Joel Greenberg (OR No. 943233)
jgreenberg@droregon.org
Disability Rights Oregon
511 SW 10th Avenue, Suite 200
Portland, OR 97205-2748
(503) 243-2081

Hannah Benton Eidsath (CT No. 428982)*
hbenton@youthlaw.org
Seth Packrone (NY No. 5395769)*
spackrone@youthlaw.org
Nina Monfredo (NY No. 5717624)*
nmonfredo@youthlaw.org
National Center for Youth Law
818 Connecticut Ave. NW, Suite 425
Washington, DC 20006
(202) 868-4781

Selene Almazan-Altobelli (MD No. 10506)*
selene@copaa.org
Council of Parent Attorneys and Advocates
8 Market Place, Suite 300
Baltimore, MD 21285
(844) 426-7224 ext. 702

Ira A. Burnim (D.C. No. 406154)*
irab@bazelon.org
Lewis Bossing (D.C. No. 984609)*
lewisb@bazelon.org
Bazelon Center for Mental Health Law
1101 15th Street NW, Suite 1212
Washington, DC 20005-5002
(202) 467-5730

Michael Folger (NY No. 5151337)*
michael.folger@probonolaw.com
1 Manhattan West
New York, NY 10001
(212) 735-2157

*Admitted pro hac vice

*Attorneys for Plaintiffs*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF OREGON**
**EUGENE DIVISION**

| | |
|---|---|
| J.N., et al., | Case No. 6:19-CV-00096-AA |
| Plaintiffs, | PLAINTIFFS' UNOPPOSED MOTION TO EXTEND PAGE AND WORD LIMITS FOR MOTION FOR SUMMARY JUDGMENT AND CONCISE STATEMENT OF MATERIAL FACT |
| v. | |
| OREGON DEPARTMENT OF EDUCATION, et al., | |
| Defendants. | |

## CERTIFICATE OF COMPLIANCE

Pursuant to Local Rule 7-1(a), counsel for Plaintiffs conferred with counsel for Defendants prior to filing this motion, and Defendants do not oppose the motion. Plaintiffs will not oppose an equivalent request for extension by Defendants.

## MOTION

Plaintiffs respectfully request an extension of the 35-page limit for memoranda of law contemplated in Local Rule 7-2(b) for motions for summary judgment and the 1,500 word limit contemplated in Local Rule 56-1(a) for concise statements of material fact. Plaintiffs seek leave to file a memorandum of law in connection with Plaintiffs' Motion for Summary Judgment that is no longer than 50 pages and a concise statement of material fact that is no longer than 2,500 words.

## ARGUMENT

Good cause exists for Plaintiffs' request. Given the depth and breadth of the record that has been developed in this case, this case's complexity, and the desire to supply the court with a comprehensive understanding of both the law and facts at issue, Plaintiffs respectfully request permission to extend the page limit in connection with Plaintiffs' Motion for Summary Judgment and its supporting memorandum of law from 35 pages, as contemplated by Local Rule 7-2(b), to no more than 50 pages. Plaintiffs also request permission to extend the word limit in connection with Plaintiffs' Concise Statement of Material Facts from 1,500 to 2,500 words. Plaintiffs have conferred with Defendants regarding this proposed page and word limit extension; Defendants do not oppose this motion.

## CONCLUSION

Plaintiffs seek leave to file a memorandum of law in connection with Plaintiffs' Motion for Summary Judgment that is no longer than 50 pages and a concise statement of material fact that is

no longer than 2,500 words.  Additionally, Plaintiffs will not oppose an equivalent request from the Defendants for their opposition and cross-motion.


Respectfully submitted,

Dated: March 14, 2023


By: /s/ Hannah Benton Eidsath
Thomas Stenson (OR No. 152894)
tstenson@droregon.org
Joel Greenberg (OR No. 943233)
jgreenberg@droregon.org
Disability Rights Oregon
511 SW 10th Avenue, Suite 200
Portland, OR 97205-2748
(503) 243-2081

Hannah Benton Eidsath (CT No. 428982)*
hbenton@youthlaw.org
Seth Packrone (NY No. 5395769)*
spackrone@youthlaw.org
Nina Monfredo (NY No. 5717624)*
nmonfredo@youthlaw.org
National Center for Youth Law
818 Connecticut Ave. NW, Suite 425
Washington, DC 20006
(202) 868-4781

Selene Almazan-Altobelli (MD No. 10506)*
selene@copaa.org
Council of Parent Attorneys and Advocates
8 Market Place, Suite 300
Baltimore, MD 21285
(844) 426-7224 ext. 702

Ira A. Burnim (D.C. No. 406154)*
irab@bazelon.org
Lewis Bossing (D.C. No. 984609)*
lewisb@bazelon.org
Bazelon Center for Mental Health Law
1090 Vermont Avenue NW, Suite 220
Washington, DC 20005-4900
(202) 467-5730

Michael Folger (NY No. 5151337)*
michael.folger@probonolaw.com
1 Manhattan West
New York, NY 10001
(212) 735-2157


*Admitted pro hac vice


*Attorneys for Plaintiffs*