# EXHIBIT 4

| Name of District | ASD OCT | NOV | DEC | JAN |
|---|---|---|---|---|
| Adel SD | 0 | 0 | 0 | 0 |
| Adrian | 0 | 0 | 0 | 0 |
| Albany (Greater) | 4 | 4 | 4 | 4 |
| Alsea | 0 | 0 | 0 | 0 |
| Amity | 4 | 4 | 3 | 3 |
| Annex | 0 | 0 | 0 | 0 |
| Arlington | 0 | 1 | 0 | 0 |
| Arock | 0 | 0 | 0 | 0 |
| Ashland | 6 | 7 | 6 | 5 |
| Ashwood | 0 | 0 | 0 | 0 |
| Astoria | 6 | 5 | 5 | 5 |
| Athena Weston | 0 | 0 | 0 | 0 |
| Baker | 9 | 11 | 11 | 9 |
| Bandon | 1 | 1 | 1 | 0 |
| Banks | 1 | 1 | 1 | 1 |
| Beaverton | 16 | 16 | 11 | 18 |
| Bend-LaPine | 4 | 4 | 5 | 5 |
| Bethel | 11 | 15 | 16 | 12 |
| Blachly SD | 0 | 0 | 0 | 0 |
| Black Butte | 0 | 0 | 0 | 0 |
| Brookings-Harbor | 4 | 4 | 6 | 8 |
| Burnt River | 0 | 0 | 0 | 0 |
| Butte Falls SD | 0 | 0 | 0 | 0 |
| Camas Valley | 0 | 0 | 0 | 0 |
| Canby | 3 | 3 | 3 | 2 |
| Cascade SD | 3 | 8 | 6 | 6 |
| Centennial | 9 | 12 | 14 | 16 |
| Central Curry | 0 | 0 | 0 | 0 |
| Central Linn | 0 | 0 | 0 | 0 |
| Central Point | 18 | 21 | 21 | 20 |
| Central SD | 11 | 9 | 9 | 7 |
| Clatskanie | 4 | 4 | 4 | 3 |
| Colton | 0 | 0 | 0 | 0 |
| Condon | 0 | 0 | 0 | 0 |
| Coos Bay | 2 | 6 | 6 | 6 |
| Coquille SD | 3 | 0 | 0 | 0 |
| Corbett SD | 0 | 0 | 0 | 0 |
| Corvallis | 13 | 17 | 19 | 19 |
| Cove | 0 | 0 | 0 | 0 |
| Creswell | 1 | 1 | 1 | 1 |
| Crook County | 1 | 1 | 2 | 2 |
| Crow-Applegate | 0 | 0 | 0 | 0 |
| Culver | 1 | 1 | 1 | 0 |
| Dallas SD | 2 | 3 | 3 | 4 |
| David Douglas | 0 | 3 | 6 | 6 |
| Dayton SD | 2 | 3 | 3 | 3 |
| Dayville | 0 | 0 | 0 | 0 |

| Name of District | ASD OCT | NOV | DEC | JAN |
|---|---|---|---|---|
| Diamond SD | 0 | 0 | 0 | 0 |
| Double O SD | 0 | 0 | 0 | 0 |
| Douglas Co. SD 15 Days Creek | 0 | 0 | 0 | 0 |
| Drewsey SD | 0 | 0 | 0 | |
| Dufur | 0 | 0 | 0 | 0 |
| Eagle Point | 21 | 24 | 19 | 20 |
| ECHO SD | 0 | 0 | 0 | 0 |
| Elgin SD | 0 | 1 | 1 | 1 |
| Elkton | 1 | NR | 1 | 1 |
| Enterprise | 2 | 1 | 1 | 2 |
| Estacada | 0 | 0 | 0 | 0 |
| Eugene 4J | 9 | 19 | 18 | 17 |
| Falls City | 2 | 2 | 2 | 2 |
| Fern Ridge | 3 | 3 | 3 | 2 |
| Forest Grove | 6 | File Issue | File Issue | 7 |
| Fossil SD | 0 | 0 | 0 | 0 |
| Frenchglen SD | 0 | 0 | 0 | |
| Gaston | 1 | 1 | 1 | 1 |
| Gervais | 1 | 1 | 2 | 2 |
| Gladstone | 4 | NR | 5 | 4 |
| Glendale | 1 | 1 | 1 | 1 |
| Glide | 5 | 5 | 5 | 2 |
| Grants Pass SD | 23 | 31 | 32 | 28 |
| Gresham-Barlow SD | 23 | 22 | 22 | 21 |
| Harney Co SD 4 Crane | 0 | 0 | 0 | 2 |
| Harney Co Union High SD | 0 | 0 | 0 | 2 |
| Harney Co. SD 3 Burns | 4 | 4 | 3 | 3 |
| Harper | 0 | 0 | 0 | 0 |
| Harrisburg | 2 | 2 | 2 | 3 |
| Helix | 0 | 0 | 0 | 0 |
| Hermiston | 4 | 4 | 5 | 5 |
| Hillsboro | 2 | 4 | 3 | 4 |
| Hood River | 2 | 3 | 3 | 3 |
| Huntington | 0 | 0 | 0 | 0 |
| Imbler | 0 | 0 | 0 | 0 |
| Ione SD | 0 | 0 | 0 | 0 |
| Jefferson Co SD | 1 | 2 | 1 | 1 |
| Jefferson SD | 1 | 0 | 0 | 0 |
| Jewell SD | 0 | 0 | 0 | 0 |
| John Day SD | 4 | 4 | 4 | 4 |
| Jordan Valley | 0 | 0 | 0 | 0 |
| Joseph | 0 | 0 | 0 | 0 |
| Junction City | 0 | 0 | 0 | 1 |
| Juntura | 0 | 0 | 0 | 0 |
| Klamath County | 9 | 9 | 9 | 9 |
| Klamath Falls City | 2 | 1 | 2 | 3 |

CPAA-ODE-037753

| Name of District | ASD OCT | NOV | DEC | JAN |
|---|---|---|---|---|
| Knappa SD | 1 | 2 | 2 | 2 |
| La Grande SD | 6 | 13 | 12 | 9 |
| Lake Co. | 1 | 1 | 1 | 0 |
| Lake Oswego | 4 | 3 | 3 | 4 |
| Lebanon | 13 | 17 | 18 | 20 |
| Lincoln SD | 5 | 5 | 6 | 6 |
| Long Creek | 1 | 0 | 0 | 0 |
| Lowell | 0 | 1 | 1 | 1 |
| Malheur Co. SD | 0 | 0 | 0 | 0 |
| Mapleton | 1 | 1 | 0 | 0 |
| Marcola | 0 | 0 | 0 | 0 |
| McKenzie | 1 | 2 | 1 | 1 |
| McMinville SD | 11 | 13 | 14 | 13 |
| Medford | 29 | 37 | 42 | 43 |
| Milton Freewater | 2 | 2 | 2 | 1 |
| Mitchell SD | 0 | 0 | 0 | 0 |
| Molalla River SD | 3 | 3 | 3 | 2 |
| Monroe SD | 3 | 3 | 2 | 2 |
| Monument SD | 0 | 0 | 0 | 0 |
| Morrow | 2 | 2 | 2 | 2 |
| Mt Angel SD | 1 | 1 | 1 | 1 |
| Myrtle Point SD | 0 | 2 | 0 | 0 |
| Neah-Kah-Nie SD | 1 | 2 | 3 | 2 |
| Nestucca Valley SD | 0 | 0 | 0 | 0 |
| Newberg | 2 | 2 | 1 | 1 |
| North Bend SD | 15 | 15 | 15 | 15 |
| North Clackamas | 7 | 1 | 1 | 4 |
| North Douglas | 6 | 6 |  | 6 |
| North Lake | 2 | 2 | 2 | 2 |
| North Marion | 8 | 9 | 9 | 6 |
| North Powder | 0 | 1 | 1 | 1 |
| North Santiam | 2 | 2 | 2 | 2 |
| North Wasco | 25 | 27 | 27 | 23 |
| Nyssa | 0 | 0 | 0 | 0 |
| Oakland | 2 | 3 | 1 | 2 |
| Oakridge SD | 2 | 2 | 1 | 0 |
| Ontario | 2 | 2 | 2 | 1 |
| Oregon City SD | 1 | 2 | 4 | 4 |
| Oregon Trail SD | 5 | 5 | 5 | 5 |
| Paisley SD | 0 | 0 | 0 | 0 |
| Parkrose | 0 | 0 | 1 | 1 |
| Pendleton | 6 | 6 | 5 | 5 |
| Perrydale SD | 0 | 0 | 0 | 0 |
| Philomath | 1 | 3 | 3 | 3 |
| Phoenix-Talent SD | 1 | 1 | 1 | 1 |
| Pilot Rock SD | 1 | 1 | 1 | 1 |

CPAA-ODE-037754

| Name of District | ASD OCT | NOV | DEC | JAN |
|---|---|---|---|---|
| Pine Creek SD | 0 | 0 | 0 | 0 |
| Pine Eagle | 0 | 1 | 1 | 0 |
| Pinehurst | 0 | 0 | 0 | 0 |
| Pleasant Hill | 3 | 2 | 1 | 2 |
| Plush | 0 | 0 | 0 | 0 |
| Port Orford | 1 | 1 | 1 | 1 |
| Portland Public SD | 21 | 28 | 28 | 27 |
| Powers SD | | | | 0 |
| Praire City SD | 1 | 1 | 1 | |
| Prospect SD | 2 | 2 | 3 | 3 |
| Rainer SD | 2 | NR | 3 | 4 |
| Redmond SD | 11 | 10 | 10 | 11 |
| Reedsport | 4 | 5 | | 5 |
| Reynolds SD | 18 | 28 | 28 | 26 |
| Riddle | 0 | 0 | 0 | 0 |
| Riverdale SD | NR | NR | 0 | 1 |
| Rogue River | 2 | 2 | 2 | 2 |
| Roseburg/Douglas SD 4 | 23 | 19 | 16 | 28 |
| Salem -Keiser | 36 | 47 | 49 | 50 |
| Santiam Canyon | 3 | 3 | 3 | 3 |
| Scappoose | 11 | 12 | 12 | 11 |
| Scio | 2 | 4 | 2 | 2 |
| Seaside | 4 | 4 | 4 | 2 |
| Sheridan | 1 | 1 | 1 | 0 |
| Sherman SD | 0 | 0 | 0 | 2 |
| Sherwood SD | 1 | 2 | 2 | 2 |
| Silver Falls | 6 | 7 | 7 | 6 |
| Sisters SD | 1 | 1 | 0 | 0 |
| Siuslaw SD | 3 | 3 | 3 | 3 |
| South Harney SD | 0 | 0 | 0 | 0 |
| South Lane | 2 | 3 | 3 | 4 |
| South Umpqua | 10 | 13 | 13 | 12 |
| South Wasco | 2 | 2 | 2 | 2 |
| Spray SD | 0 | 0 | 0 | 0 |
| Springfield SD | 35 | 42 | 50 | 48 |
| St. Helens SD | 7 | 5 | 4 | 4 |
| St. Paul SD | 0 | 0 | 0 | 0 |
| Stanfield SD | 1 | 1 | 1 | 1 |
| Suntex SD | 0 | 0 | 0 | |
| Sutherlin | 12 | 13 | 11 | 9 |
| Sweet Home | 4 | 5 | 7 | 4 |
| Three Rivers | 13 | 10 | 12 | 8 |
| Tigard-Tualatin | 6 | 6 | 6 | 4 |
| Tillamook | 15 | 14 | 14 | 13 |
| Troy | 0 | 0 | 0 | 0 |
| Ukiah SD | 0 | 0 | 0 | 0 |

CPAA-ODE-037755

| Name of District | ASD OCT | NOV | DEC | JAN |
|---|---|---|---|---|
| Umatilla SD | 2 | 2 | 2 | 2 |
| Union SD | 0 | 1 | 1 | 2 |
| Vale SD | 0 | 2 | 2 | 2 |
| Vernonia SD | 1 | 1 | 1 | 1 |
| Wallowa | 0 | 0 | 0 | 0 |
| Warrenton | 4 | 4 | 5 | 6 |
| West Linn-Wilsonville | 0 | 0 | 0 | 0 |
| Williamina | 4 | 3 | 3 | 4 |
| Winston-Dillard | 24 | 25 | 25 | 25 |
| Woodburn | 1 | 1 | 1 | 1 |
| Yamhill Carlton | 3 | 3 | 3 | 3 |
| Yoncalla SD | 1 | 1 | 1 | 1 |

CPAA-ODE-037756

CPAA-ODE-037757

CPAA-ODE-037758

CPAA-ODE-037759

Pine Eagle Nov and Dec should be 0, reported in error.

CPAA-ODE-037761

Mi

CPAA-ODE-037762

CPAA-ODE-037763

CPAA-ODE-037764

CPAA-ODE-037765

CPAA-ODE-037766