# EXHIBIT 8

CONDITIONALLY FILED UNDER SEAL PURSUANT TO PROTECTIVE ORDER DATED MARCH 13, 2020