1              IN THE UNITED STATES DISTRICT COURT

2                   FOR THE DISTRICT OF OREGON

3                        EUGENE DIVISION

4

5    J.N., J.N. ex rel. Cheryl       )
     Cisneros; E.O., E.O. ex rel.    )
6    Alisha Overstreet; J.V., J.V.   )
     ex rel. Sarah Kaplansky; B.M.,  )
7    B.M. ex rel. Traci Modugno;     )
     COUNCIL OF PARENT ATTORNEYS     )
8    AND ADVOCATES, INC.,            )
                                     )
9              Plaintiffs,           )  Case No. 6:19-cv-00096-AA
                                     )
10                  v.               )
                                     )  September 29, 2023, 8:01 AM
11   OREGON DEPARTMENT OF            )
     EDUCATION; COLT GILL, in his    )
12   official capacities as          )
     Director of Oregon Department   )
13   of Education and Deputy         )
     Superintendent of Public        )
14   Instruction for the State of    )
     Oregon; TINA KOTEK,             )
15                                   )
               Defendants.           )
16   _____)

17

18

19

20             TELEPHONIC STATUS CONFERENCE

21             TRANSCRIPT OF PROCEEDINGS

22        BEFORE THE HONORABLE ANN L. AIKEN

23        UNITED STATES DISTRICT COURT JUDGE

24

25

1                            APPEARANCES

2    FOR THE PLAINTIFFS:
                          THOMAS STENSON
3                         Disability Rights Oregon
                          511 SW 10th Avenue
4                         Suite 200
                          Portland, OR 97205
5
     FOR THE PLAINTIFFS:
6                         HANNAH BENTON EIDSATH
                          National Center for Youth Law
7                         818 Connecticut Avenue NW
                          Suite 425
8                         Washington, DC 20006

9    FOR THE PLAINTIFFS:
                          JOEL D. GREENBERG
10                        Disability Rights Oregon
                          620 SW Fifth Avenue
11                        Fifth Floor
                          Portland, OR 97204-1428
12
     FOR THE PLAINTIFFS:
13                        LEWIS BOSSING
                          Bazelon Center for Mental Health Law
14                        1090 Vermont Avenue NW
                          Washington, DC 20005
15
     FOR THE PLAINTIFFS:
16                        NINA MONFREDO
                          National Center for Youth Law
17                        818 Connecticut Avenue NW
                          Suite 425
18                        Washington, DC 20006

19   FOR THE PLAINTIFFS:
                          SETH PACKRONE
20                        National Center for Youth Law
                          818 Connecticut Avenue NW
21                        Suite 425
                          Washington, DC 20006
22
     FOR THE PLAINTIFFS:
23                        KATHERINE GIORDANO
                          Skadden, Arps, Slate, Meagher & Flom LLP
24                        One Manhattan West
                          New York, NY 10001-8602
25

```
 1                        APPEARANCES (Continued)

 2   FOR THE PLAINTIFFS:
                              REBECCA WOLOZIN
 3                            National Center for Youth Law
                              818 Connecticut Avenue NW
 4                            Suite 425
                              Washington, DC 20006
 5
     FOR THE DEFENDANTS:
 6                            NINA R. ENGLANDER
                              Oregon Department of Justice
 7                            100 SW Market Street
                              Portland, OR 97201
 8
     FOR THE DEFENDANTS:
 9                            SHEILA POTTER
                              Oregon Department of Justice
10                            100 SW Market Street
                              Portland, OR 97201
11

12

13

14

15

16   COURT REPORTER:     Kendra A. Steppler, RPR, CRR
                          United States District Courthouse
17                        District of Oregon
                          405 E. 8th Avenue, Room 2100
18                        Eugene, OR 97401

19

20                              *   *   *

21

22

23

24

25
```

1    THE COURTROOM DEPUTY:  Now is the time set for Civil

2  Case No. 19-96, J.N., et al., v. Oregon Department of

3  Education, et al., for status conference.

4    If you could please introduce yourselves for the record,

5  beginning with Plaintiff.

6    MS. EIDSATH:  This is Hannah Benton Eidsath, National

7  Center for Youth Law, for the Plaintiff.

8    THE COURT:  I'm going to ask the court reporter if

9  you could understand what was just stated, because I couldn't.

10    THE COURT REPORTER:  I could.  It was Hannah Eidsath.

11    THE COURT:  Thank you.

12    People will need to enunciate, because that was not a

13  clear -- I couldn't -- I couldn't distinguish the individual's

14  words.  If people would just speak clearly, that would be

15  great.

16    Go ahead.

17    MR. BOSSING:  Good morning, Your Honor.  Lewis

18  Bossing from the Bazelon Center for Mental Health Law, for

19  Plaintiffs.

20    MR. STENSON:  Tom Stenson from Disability Rights

21  Oregon, for Plaintiffs, Your Honor.

22    MR. GREENBERG:  Joel Greenberg --

23    MR. PACKRONE:  Seth Packrone --

24    MR. GREENBERG:  -- from Disability Rights Oregon, for

25  Plaintiffs.

1           MR. PACKRONE:  Seth Packrone from the National Center
2    for Youth Law, for Plaintiffs.
3           MS. MONFREDO:  Nina Monfredo from the National Center
4    for Youth Law, for the Plaintiffs.
5           MS. WOLOZIN:  Rebecca Wolozin, National Center for
6    Youth Law, for the Plaintiffs just listening in.  Thanks.
7           THE COURT REPORTER:  Could you spell your last name
8    for me?
9           MS. WOLOZIN:  W-O-L-O-Z-I-N.
10          THE COURT REPORTER:  Thank you.
11          MS. GIORDANO:  And Katherine Giordano, also for the
12   Plaintiffs, also just listening.
13          THE COURTROOM DEPUTY:  Is Sheila Potter still on the
14   line?
15          MS. POTTER:  I am.  I'm one of the --
16          MS. ENGLANDER:  Yes.
17      Go ahead, Sheila.
18          MS. POTTER:  I'm sorry.  Sheila Potter.  I'm one of
19   the lawyers for the Defendants.  I'm here with Nina Englander.
20          THE COURTROOM DEPUTY:  I think that's everyone,
21   Judge.  Thank you.
22          THE COURT:  I lost count of how many Plaintiffs'
23   lawyers I have on this call.  Is it seven?  Six?
24      How many, Cathy?
25          THE COURTROOM DEPUTY:  I think eight.

1          THE COURT:  Eight.  Okay.

2      So, Counsel, I set this status conference because I asked

3  a very simple question and I got back a very complicated

4  answer.  So I decided it was probably worth my while to explain

5  the procedure and what my intent is, and to renew, and to give

6  you some guidance.  Because clearly people have not really

7  thought through, to be honest, what happens next in this case.

8      So, first, Cathy, we've had the motion to dismiss, which

9  is a really what we have, on our six-month list, because

10  they're motions that are older than six months; correct?  It's

11  just one motion.

12          THE COURTROOM DEPUTY:  Correct.

13          THE COURT:  Correct, one motion.  And am I wrong that

14  it was also on the six-month list the six months before, so

15  it's really been on that list for a year?  I didn't ask you to

16  double-check that last night, but can you just take a look and

17  give me an answer?

18          THE COURTROOM DEPUTY:  Yes, one second.

19          THE COURT:  Perfect.

20          THE COURTROOM DEPUTY:  I believe so.

21          THE COURT:  So, Counsel -- all of you -- we have

22  carried this motion on our reporting for over a year.  I asked,

23  as a courtesy -- which I can explain, because it's clear that

24  people have not either had experience with this, which we have

25  done -- I've done repeatedly over my 25 years on this bench

1    when they're held up and stayed.  The motion's been -- the
2    motion's been stayed at the parties' -- at the lawyers' request
3    to do settlement work.
4         So we haven't done the work on it, because you all asked
5    us to hold on because you wanted to settle the case, or you had
6    other things you needed to do.  So we, as a courtesy, did that.
7    It is one of my oldest cases.  And it is sitting, as of a year,
8    on the six-month docket that we get motions -- our job is to
9    get motions done to the best of our ability within six months.
10        So what I asked in the email that went out -- and I
11   probably should have just held this status conference myself
12   yesterday, but I really -- this was not a very difficult ask.
13   So what will happen in this case -- and you know this -- this
14   is the schedule -- I referred this to -- at the last status
15   conference, I referred this case -- after it yet again failed
16   to settle -- I referred it to Judge Pat Sullivan.  And I asked
17   you to get it moving, because yet another motion was going to
18   be filed.
19        Judge Sullivan, I know, has worked diligently, because
20   we've sent her everything to review, to be prepared for a
21   settlement conference that is set next Friday, a week from
22   today, five or six days after our end-of-September deadline.
23   So you'll have a settlement conference -- a robust settlement
24   conference, I predict -- next Friday.
25        All I asked was I want to have a minute order -- which we

1    do -- a minute order that says, "This motion is dismissed with

2    leave to refile."  Now, let me explain what "refile" means,

3    because clearly -- it does not mean -- I'll rule out what it

4    doesn't mean.  It does not mean that everybody has to go back

5    and redo their papers and refile everything.  It does not mean

6    that anything new needs to be submitted.

7        It means that when Judge Sullivan -- if she does not

8    settle this case -- refers it back to me to say I need to move

9    forward on the motions, I will have either a status conference

10   or Cathy will send a minute order out saying the motions are

11   renewed and are back on for decision.  That's number 1.  I'll

12   put it back as a courtesy.  Take it off for this period and put

13   it right back on, should you not settle this case next Friday

14   or shortly thereafter, because settlement conferences don't

15   always happen in a single day.

16       Next, I -- there was a big discussion about hearing the

17   motions.  I'm not -- why I didn't particularly concern myself

18   with a hearing date -- I have a placeholder to start with --

19   but I don't know that I'll hold an oral argument on any of

20   these motions -- either of these motions -- the old one that's

21   filed or the new one that is anticipated to be filed.

22       And I'm going to assure you that I'm going to roll -- for

23   judicial economy factor -- I'm going to roll those issues

24   together and handle them in a global ruling.  But I'm not

25   guaranteeing that I won't strike the oral argument, because

1    oftentimes the issues are pretty clear.  And I've had this case

2    for a long time.  And I don't necessarily need argument.  So

3    that argument issue is moot.

4         I'm going to suggest that -- looking at what was reported

5    at the last telephone status conference about a motion that

6    might need to be filed -- I'm going to suggest that that will

7    be -- that you'll have a chance to talk to Judge Sullivan about

8    that and have some, I think, interactive discussion about

9    whether or not that's a necessary filing, or decide that you

10   have to have that issue resolved.  And, again, it will roll

11   into the motion to dismiss that's been pending for more than a

12   year.

13        Now, what will happen, just pragmatically, and what

14   happens on any judge's docket, is once that case -- that

15   motion -- the stay has been lifted, because you're out of

16   settlement discussions, and I get the word back from Judge

17   Sullivan that she did not settle the case, that case goes under

18   advisement.  And my law clerks will have 60-plus days to -- and

19   if there's another motion filed, it will put you back with the

20   other motion to resolve this.  So we're not -- we're not losing

21   any time at any stretch.

22        So I'm renewing my -- what I would like to do --

23   mechanically, it does not, at all, confuse the docket or make

24   it impossible to follow a procedural history in this case.  In

25   fact, I've done this on another case -- this reporting

1    period -- where the lawyers just simply forgot to call and make

2    an appointment for their settlement conference.

3         So, again, the minute order, which is official, will be in

4    the record that this case was dismissed with leave to refile.

5    It will -- depending on the report I get back from Judge

6    Sullivan next Friday or thereafter, there will either be a

7    telephone status conference call or Ms. Kramer will go ahead

8    and reactivate the motions with another minute order.  No work

9    has to be done by any of you.  And you can decide whether or

10   not you're going to file the discussed second motion.  And we

11   will let you know -- we will strike the hearing, because I'm

12   going to have to have my law clerks get ready for the hearing,

13   if we have one, or we'll just take it under advisement and

14   issue an opinion.

15        All that being said is this case has been sitting -- there

16   are, I believe, essentially two issues left.  And, as I recall,

17   it's -- and confirm it for me if I'm wrong -- this is a bench

18   trial.  So as we've gone through this, you're giving me

19   information all the way through.  And I'll be able to make

20   decisions and take this under advisement.

21        If I need to do motions and then I have to sit through a

22   hearing where I've read everything again, I'm perfectly happy

23   to do that.  But I'm trying very hard to -- when there are

24   eight lawyers on one side, and two lawyers on the other, and

25   they take -- you take all day just to decide a simple ask like

1    this, I'm very concerned about the attorneys in this case on

2    both sides.

3         So, out of an abundance of caution, and judicial economy,

4    and to be very clear -- to be able to answer any questions -- I

5    thought it important to set this status conference this

6    morning.

7         Does anybody have any questions?

8              MS. ENGLANDER:  Good morning, Your Honor.  This is

9    Nina Englander for Defendants.  Thank you very much for that

10   explanation.  That alleviates the State's concern about having

11   to refile, so we appreciate that.

12        I do have a question.  I heard Your Honor just now

13   reference a motion to dismiss.  I believe, just for clarity of

14   the record, that you were referring to the motion for judgment

15   on the pleadings; is that correct?

16             THE COURT:  I'm -- it's on my -- hold on.  I have to

17   double-check the sheet.

18             MS. ENGLANDER:  It's ECF --

19             THE COURT:  Hold on.  Hold on.  Wait.  Hold on.  Hold

20   on.  Hold on.  Hold on.  Please hold on.

21        Cathy, will you recite the motion number so I have -- I

22   have the number of 165?

23             THE COURTROOM DEPUTY:  165 is motion for judgment on

24   the pleadings.

25             THE COURT:  Oh, motion 165.  That would be stated in

1   the minute order.  Excuse me for saying "motion to dismiss."

2              MS. ENGLANDER:  Okay.

3              THE COURT:  It's motion on the pleadings.

4              MS. ENGLANDER:  Understood.  Thank you, Your Honor.

5   I just wanted to make sure I understood that.

6        And then is the -- is the proposal to -- there were other

7   motions that were referenced in the Court's email.  Are all of

8   those --

9              THE COURT:  Okay.  Hold on.  It's not a proposal.

10             MS. ENGLANDER:  Okay.

11             THE COURT:  What's under -- what's on my six-month

12  list is the motion 165.  There may be other motions.  I

13  don't --

14             MS. ENGLANDER:  Okay.

15             THE COURT:  Cathy, are there any other motions that

16  are pending?

17             THE COURTROOM DEPUTY:  Yes.  175 is a motion to file

18  excess pages; and 176, a motion for summary judgment; 186,

19  cross-motion for summary judgment.

20             THE COURT:  Those have all been stayed.  But the

21  longest-filed motion is the one -- is 165.  The other motions

22  will get handled as we progress.  So -- but the issue is

23  there's -- 165 has been sitting there for a year.  And we've

24  stayed it at your request -- the parties' request.  So all I'm

25  trying to do is pull this together so we aren't piecemealing

1    and the law clerks can efficiently -- we'll take care of this

2    all globally.  It will be all handled in -- they'll all go

3    under advisement.  They'll all be addressed.  And if you file

4    new motions, I will basically piggyback that motion so that you

5    get a global ruling.

6              MS. ENGLANDER:  So this is Nina Englander again, Your

7    Honor, for Defendants.  We consent to withdrawing the pending

8    motion for judgment on the pleadings -- ECF No. 165 -- with

9    leave to refile after the settlement conference with Judge

10   Sullivan, subject to the procedures that the Court identified

11   with respect to we don't actually have to refile anything.

12   It's administratively reactivated.

13             THE COURT:  There are eight lawyers --

14             MS. EIDSATH:  Your Honor --

15             THE COURT:  -- for the Plaintiff.

16             MS. EIDSATH:  Your Honor --

17             THE COURT:  Is somebody going to respond?

18             MS. EIDSATH:  Yes, Your Honor.  This is Hannah Benton

19   Eidsath.  As -- our -- thank you very much for this

20   clarification today.  Our understanding now is that we are only

21   discussing ECF 165, which is the Defendants' motion.  So if the

22   Defendants approve of this, we obviously concur.

23             THE COURT:  I just want to be clear, because I just

24   don't know that you understand how these matters are resolved.

25   The oldest motion is 165.  So it has been on my -- what they

1    call the CJRA report -- for a year.  And it's listed as

2    "stayed" because the parties are -- asked to have it stayed to

3    do -- as it turns out -- for settlement work.

4         There are also other filed motions that are not yet on the

5    six-month list, which are the following:  The motions that

6    Ms. Kramer talked about, cross-summary judgment motions, and

7    some minor motions that are -- that obviously accompany

8    those -- that cross-summary judgment motion.

9         If the case doesn't settle, and I renew and put back on

10   the docket the motion for judgment on the pleadings, that

11   motion, and all the other pending motions, will be -- go under

12   advisement.  There may or may not be a hearing.  So nobody

13   needs to worry about that hearing date.  And, actually, I'd

14   just as soon strike it.  And we'll have a status conference

15   with -- one way or the other -- following Judge Sullivan's

16   settlement conference.  And then I'll learn whether or not

17   there's going to be another motion filed.

18        And before that motion is filed, I'm hopeful that

19   everybody's going to go to that settlement conference with

20   Judge Sullivan, and there will be a discussion about whether

21   it's necessary to file that -- what was discussed at the last

22   status conference -- that motion, based on the action by the

23   Oregon Legislature this most immediate session.

24        So that's -- I'm trying to simplify it so nobody's

25   confused, because the email back to me -- the email that you

 1    didn't understand this process -- or how we were aggravating

 2    all that you've filed in this case, and we've accumulated,

 3    while you've been in settlement discussions.  So if the work is

 4    accumulated -- and I'm not going to tell you it's going to be

 5    done immediately, because you're in line with many other cases

 6    that the Court is responsible for.  So it will go in line.

 7         But I'm not -- I'm not -- at this point, until we take a

 8    look at whether an oral argument is needed -- that will be

 9    after my law clerk and I review everything and take a look

10    at -- there are two issues remaining.  And I -- I've done a lot

11    of work in this case already.  And I understand what those

12    issues are.  So I don't know that I'm going to need anything

13    more than the briefs and what's going to be filed.

14         All right.  Anything else that we need to take up?  So I

15    have concurrence that the motion, number 165, which is labeled

16    "motion for judgment on the pleadings," is withdrawn by the

17    Defendant, with leave to refile, which means there will be a

18    telephone status conference or a notice to the court to

19    reactivate that motion should the case not settle through the

20    settlement process with Judge Sullivan, which will begin next

21    Friday.  And I believe that date is -- I think it's August --

22    is October 6th.

23         Is that right, Cathy?

24              THE COURTROOM DEPUTY:  Sorry.  Correct.  Yes, Judge.

25              THE COURT:  All right.  That's agreed to by the

1  Plaintiffs?

2          MS. EIDSATH:  Yes, Your Honor, that is agreed to by

3  the Plaintiff.

4          THE COURT:  And for the Defendants?  Ms. Englander,

5  you've already consented; correct?

6          MS. ENGLANDER:  Correct, Your Honor.  And will the

7  minute order that you enter -- am I correct in understanding

8  you're planning to strike the 11/28 hearing, as well?

9          THE COURT:  We're going to go ahead and strike the

10  hearing, because that's not realistic for anybody.  Right?

11  Especially if you file additional motions.  I'm going to put

12  them all together and do a global ruling.  There's no reason to

13  piecemeal this case, at this point.  You know, file your

14  motions, and I'll take care of all of them.  And then we'll go

15  from there.

16          MS. ENGLANDER:  Nothing further from the Defense,

17  Your Honor.

18          THE COURT:  All right.  Anything else for the

19  Plaintiffs?

20          MS. EIDSATH:  Thank you, Your Honor.  I have one

21  additional clarifying question.  This is Hannah Benton Eidsath

22  again.

23      The -- I just wanted to clarify whether if Your Honor is

24  understanding that the case is currently stayed.  I think we

25  did have some miscommunication between the parties and the

1    Court previously about the stay.  The parties were under the

2    impression that the stay that was entered at ECF 147 only

3    continues through July 31st, 2022.  And the parties were under

4    the impression that the case was not stayed after that point.

5        When we spoke with Your Honor at the status conference on

6    July 28th, 2023, we learned that that had been not the Court's

7    understanding.  And from some of the explanation that you have

8    provided today, I just want to make sure that the parties are

9    clear as to the fact that we had understood any stay, which did

10   exist, was lifted after the July 28th, 2023 status conference.

11        THE COURT:  We believe the case was stayed up until

12   July of 2023.  And nobody said -- had any rules or nobody

13   inquired at all.  So we had no understanding, other than --

14   and, Cathy, am I wrong about that?  We had no communication

15   that it wasn't stayed.  So we reported it was stayed.  Because

16   it was in settlement discussions.  And that was conveyed to us.

17   And that's how we -- that's how we proceeded.

18        Once we learned it wasn't stayed, we swung into action.

19   But we're going to do it efficiently, because, again, this case

20   has gone out to settlement several times.  And, again, I --

21   it's back with Judge Sullivan.  And so we're going to get the

22   motions resolved.  That's number one.

23        We wouldn't have been able to try this case any sooner

24   than probably now, if we could have done it now, because the

25   Court did not -- and there were no in-person matters tried

1   before May 11th, 2023.  And so there's no way that the trial

2   would have been held.  And we're ruling on these motions at

3   this time.  COVID did a lot of delay for a variety of cases and

4   for a variety of institutions.  And so we've erred on the side

5   of giving people what they've -- what we believe they've

6   requested, which, in this case, was this case was always

7   reported as one that should settle.  And we believe those

8   attempts were being made.  And nobody told us to the contrary.

9       So this case is no longer stayed.  This one motion is

10  dismissed with leave to refile.  You've been directed to Judge

11  Sullivan for a settlement conference.  If the case doesn't

12  settle, I've explained exactly how it will be resolved in a

13  global resolution.

14      These are class-action cases.  There are extremely

15  voluminous records, and we read them thoroughly.  And we will

16  get you an opinion on all of the motions, in a global sense,

17  that are pending if the case does not settle.  But it will be

18  done in the normal course.  There may or may not be an

19  argument.  And we'll take a look at whether that's necessary so

20  that people don't have to have that looming on their calendars

21  when it's likely we may not need one.

22      Is that clarifying for everyone?

23          MS. EIDSATH:  Thank you, Your Honor.  I appreciate

24  that clarification.

25          THE COURT:  All right.  Anything further?

1          MS. EIDSATH:  Not from Plaintiffs, Your Honor.

2          MS. ENGLANDER:  Not from the State, Your Honor.

3          THE COURT:  Thank you.  We're in recess.

4

5          (The proceedings adjourned at 8:26 AM.)

C E R T I F I C A T E

J.N., et al. v. Oregon Department of Education, et al.

Case No. 6:19-cv-00096-AA

Telephonic Status Conference

September 29, 2023


        I certify, by signing below, that the foregoing is a true
and correct transcript, to the best of my ability, of the
telephonic proceedings heard via conference call, taken by
stenographic means.  Due to the telephonic connection, parties
appearing via speakerphone or cell phone or wearing masks due
to coronavirus, speakers overlapping when speaking, speakers
not identifying themselves before they speak, fast speakers,
the speaker's failure to enunciate, and/or other technical
difficulties that occur during telephonic proceedings, this
certification is limited by the above-mentioned reasons and any
technological difficulties of such proceedings occurring over
the speakerphone at the United States District Court of Oregon
in the above-entitled cause.

        A transcript without an original signature, conformed
signature, or digitally signed signature is not certified.


/s/Kendra A. Steppler, RPR, CRR
Official Court Reporter          Signature Date: 10/11/2023

MR. BOSSING: [1] 4/17
MR. GREENBERG: [2] 4/22 4/24
MR. PACKRONE: [2] 4/23 5/1
MR. STENSON: [1] 4/20
MS. EIDSATH: [8] 4/6 13/14 13/16 13/18 16/2 16/20 18/23 19/1
MS. ENGLANDER: [11] 5/16 11/8 11/18 12/2 12/4 12/10 12/14 13/6 16/6 16/16 19/2
MS. GIORDANO: [1] 5/11
MS. MONFREDO: [1] 5/3
MS. POTTER: [2] 5/15 5/18
MS. WOLOZIN: [2] 5/5 5/9
THE COURT REPORTER: [3] 4/10 5/7 5/10
THE COURT: [26]
THE COURTROOM DEPUTY: [10] 3/21 5/13 5/20 5/25 6/12 6/18 6/20 11/23 12/17 15/24

/
/s/Kendra [1] 20/23

1
10/11/2023 [1] 20/23
100 [2] 3/7 3/10
10001-8602 [1] 2/24
1090 [1] 2/14
10th [1] 2/3
11/28 [1] 16/8
11th [1] 18/1
1428 [1] 2/11
147 [1] 17/2
165 [10] 11/22 11/23 11/25 12/12 12/21 12/23 13/8 13/21 13/25 15/15
175 [1] 12/17
176 [1] 12/18
186 [1] 12/18

2
200 [1] 2/4
20005 [1] 2/14
20006 [4] 2/8 2/18 2/21 3/4
2022 [1] 17/3
2023 [7] 1/10 17/6 17/10 17/12 18/1 20/5 20/23
2100 [1] 3/17
25 [1] 6/25
28 [1] 16/8
28th [2] 17/6 17/10
29 [2] 1/10 20/5

3
31st [1] 17/3

4
405 [1] 3/17
425 [4] 2/7 2/17 2/21 3/4

5
511 [1] 2/3

6
60-plus [1] 9/18
620 [1] 2/10
6:19-cv-00096-AA [2] 1/9 20/3
6th [1] 15/22

8
818 [4] 2/7 2/17 2/20 3/3
8602 [1] 2/24
8:01 [1] 1/10
8:26 [1] 19/5
8th [1] 3/17

9
96 [1] 4/2
97201 [2] 3/7 3/10
97204-1428 [1] 2/11
97205 [1] 2/4
97401 [1] 3/18

A
AA [2] 1/9 20/3
ability [2] 7/9 20/8
able [3] 10/19 11/4 17/23
about [11] 8/16 9/5 9/7 9/8 11/1 11/10 14/6 14/13 14/20 17/1 17/14
above [2] 20/16 20/19
above-entitled [1] 20/19
above-mentioned [1] 20/16
abundance [1] 11/3
accompany [1] 14/7
accumulated [2] 15/2 15/4
action [3] 14/22 17/18 18/14
actually [2] 13/11 14/13
additional [2] 16/11 16/21
addressed [1] 13/3
adjourned [1] 19/5
administratively [1] 13/12
advisement [5] 9/18 10/13 10/20 13/3 14/12
ADVOCATES [1] 1/8
after [6] 7/15 7/22 13/9 15/9 17/4 17/10
again [8] 7/15 9/10 10/3 10/22 13/6 16/22 17/19 17/20
aggravating [1] 15/1
agreed [2] 15/25 16/2
ahead [4] 4/16 5/17 10/7 16/9
AIKEN [1] 1/22
al [4] 4/2 4/3 20/2 20/2
Alisha [1] 1/6
all [24]
alleviates [1] 11/10

already [2] 15/11 16/5
also [4] 5/11 5/12 6/14 14/4
always [2] 8/15 18/6
am [6] 1/10 5/15 16/3 16/7 17/14 19/5
ANN [1] 1/22
another [5] 7/17 9/19 9/25 10/8 14/17
answer [3] 6/4 6/17 11/4
anticipated [1] 8/21
any [12] 8/19 9/14 9/21 9/21 10/9 11/4 11/7 12/15 17/9 17/12 17/23 20/16
anybody [1] 11/7 16/10
anything [6] 8/6 13/11 15/12 15/14 16/18 18/25
APPEARANCES [2] 2/1 3/1
appearing [1] 20/11
appointment [1] 10/2
appreciate [2] 11/11 18/23
approve [1] 13/22
are [23]
aren't [1] 12/25
argument [6] 8/19 8/25 9/2 9/3 15/8 18/19
Arps [1] 2/23
as [15] 1/12 6/23 7/6 7/7 8/12 10/16 10/18 12/22 13/19 14/1 14/3 14/14 16/8 17/9 18/7
ask [4] 4/8 6/15 7/12 10/25
asked [7] 6/2 6/22 7/4 7/10 7/16 7/25 14/2
assure [1] 8/22
attempts [1] 18/8
attorneys [2] 1/7 11/1
August [1] 15/21
Avenue [8] 2/3 2/7 2/10 2/14 2/17 2/20 3/3 3/17

B
B.M [2] 1/6 1/7
back [12] 6/3 8/4 8/8 8/11 8/12 8/13 9/16 9/19 10/5 14/9 14/25 17/21
based [1] 14/22
basically [1] 13/4
Bazelon [2] 2/13 4/18
be [30]
because [23]
been [14] 6/15 7/1 7/2 9/11 9/15 10/15 12/20 12/23 13/25 15/3 17/6 17/23 18/2 18/10
before [1] 1/22 6/14 14/18 18/1 20/13
begin [1] 15/20
beginning [1] 4/5
being [2] 10/15 18/8
believe [7] 6/20 10/16 11/15 15/21 17/11 18/5 18/7
below [1] 20/7
bench [2] 6/25 10/17

BENTON [4] 2/6 4/6 4/7 4/18 4/21
best [7] 7/9 20/8
between [1] 16/25
big [1] 8/16
BOSSING [2] 2/13 4/18
both [1] 11/2
briefs [1] 15/13

C
calendars [1] 18/20
call [5] 5/23 10/1 10/7 14/1 20/9
can [6] 6/16 6/23 10/9 13/1
capacities [1] 1/12
care [2] 13/1 16/14
carried [1] 6/22
case [33]
cases [4] 7/7 15/5 18/3 18/14
Cathy [7] 5/24 6/8 8/10 11/21 12/15 15/23 17/14
cause [1] 20/19
caution [1] 11/3
cell [2] 20/11
Center [10] 2/6 2/13 2/16 2/20 3/3 4/7 4/18 5/1 5/3 5/5
certification [1] 20/16
certified [1] 20/21
certify [1] 20/7
chance [1] 9/7
check [2] 6/16 11/17
Cheryl [1] 1/5
Cisneros [1] 1/5
Civil [1] 4/1
CJRA [1] 14/1
clarification [2] 13/20 18/24
clarify [1] 16/23
clarifying [2] 16/21 18/22
clarity [1] 11/13
class [1] 18/14
class-action [1] 18/14
clear [6] 4/13 6/23 9/1 11/4 13/23 17/9
clearly [3] 4/14 6/6 8/3
clerk [1] 15/9
clerks [3] 9/18 10/12 13/1
COLT [1] 1/11
communication [1] 17/14
complicated [1] 6/3
concern [8] 8/17 11/10
concerned [1] 11/1
concur [1] 13/22
concurrence [1] 15/15
conference [24]
conferences [1] 8/14
confirm [1] 10/17
conformed [1] 20/20
confuse [1] 9/23
confused [1] 14/25
Connecticut [4] 2/7 2/17 2/20 3/3
connection [1] 20/10
consent [1] 13/7
consented [1] 16/5

Continued [1] 3/1
continues [1] 17/3
contrary [1] 18/8
conveyed [1] 17/16
coronavirus [1] 20/12
correct [9] 6/10 6/12 6/13 11/15 15/24 16/5 16/6 16/7 20/8
could [5] 4/4 4/9 4/10 5/7 17/24
couldn't [3] 4/9 4/13 4/13
COUNCIL [1] 1/7
Counsel [2] 6/2 6/21
count [1] 5/22
course [1] 18/18
court [11] 1/1 1/23 3/16 4/8 13/10 15/6 15/18 17/1 17/25 20/18 20/24
Court's [2] 12/7 17/6
courtesy [1] 6/23 7/6 8/12
Courthouse [1] 3/16
COVID [1] 18/3
cross [3] 12/19 14/6 14/8
cross-motion [1] 12/19
cross-summary [2] 14/6 14/8
CRR [2] 3/16 20/23
currently [1] 16/24
cv [1] 1/9 20/3

D
date [4] 8/18 14/13 15/21 20/13
day [2] 8/15 10/25
days [2] 7/22 16/8
DC [5] 2/8 2/14 2/18 2/21 3/4
deadline [1] 7/22
decide [3] 9/9 10/9 10/25
decided [1] 6/4
decision [1] 8/11
decisions [1] 10/20
Defendant [1] 15/17
Defendants [8] 1/15 3/5 3/8 5/19 11/9 13/7 13/22 16/4
Defendants' [1] 13/21
Defense [1] 16/16
delay [1] 18/3
DEPARTMENT [6] 1/11 1/12 3/6 3/9 4/2 20/2
depending [1] 10/5
Deputy [1] 1/13
did [6] 7/6 9/17 16/25 17/9 17/25 18/3
didn't [6] 6/15 8/17 15/1 difficult [1] 7/12
difficulties [2] 20/15 20/17
digitally [1] 20/21
diligently [1] 7/19
directed [1] 18/10
Director [1] 1/12
Disability [4] 2/3 2/10 4/20 4/24
discussed [2] 10/10 14/21
discussing [1] 13/21

**D**

discussion [3]  8/16 9/8 14/20
discussions [3]  9/16 15/3 17/16
dismiss [4]  6/8 9/11 11/13 12/1
dismissed [3]  8/1 10/4 18/10
distinguish [1]  4/13
DISTRICT [6]  1/1 1/2 1/23 3/16 3/17 20/18
DIVISION [1]  1/3
do [11]  7/3 7/6 8/1 9/22 10/21 10/23 11/12 12/25 14/3 16/12 17/19
docket [4]  7/8 9/14 9/23 14/10
does [7]  8/3 8/4 8/5 8/7 9/23 11/7 18/17
doesn't [3]  8/4 14/9 18/11
don't [8]  8/14 8/19 9/2 12/13 13/11 13/24 15/12 18/20
done [10]  6/25 6/25 7/4 7/9 9/25 10/9 15/5 15/10 17/24 18/18
double [2]  6/16 11/17
double-check [2]  6/16 11/17
due [2]  20/10 20/11
during [1]  20/15

**E**

E.O [2]  1/5 1/5
ECF [4]  11/18 13/8 13/21 17/2
economy [2]  8/23 11/3
EDUCATION [4]  1/11 1/13 4/3 20/2
efficiently [2]  13/1 17/19
EIDSATH [5]  2/6 4/6 4/10 13/19 16/21
eight [4]  5/25 6/1 10/24 13/13
either [4]  6/24 8/9 8/20 10/6
else [2]  15/14 16/18
email [4]  7/10 12/7 14/25 14/25
end [1]  7/22
ENGLANDER [5]  3/6 5/19 11/9 13/6 16/4
enter [1]  16/7
entered [1]  17/2
entitled [1]  20/19
enunciate [2]  4/12 20/14
erred [1]  18/4
Especially [1]  16/11
essentially [1]  10/16
et [4]  4/2 4/3 20/2 20/2
EUGENE [2]  1/3 3/18
everybody [1]  8/4
everybody's [1]  14/19
everyone [2]  5/20 18/22
everything [4]  7/20 8/5 10/22 15/9
ex [4]  1/5 1/5 1/6 1/7
exactly [1]  18/12

excess [1]  12/18
Excuse [1]  7/4
exist [1]  17/10
experience [1]  6/24
explain [2]  6/4 6/23 8/2
explained [1]  18/12
explanation [2]  11/10 17/7
extremely [1]  18/14

**F**

fact [1]  9/25 17/9
factor [1]  8/23
failed [1]  7/15
failure [1]  20/14
fast [1]  20/13
Fifth [2]  2/10 2/11
file [6]  10/10 12/17 13/3 14/21 16/11 16/13
filed [11]  7/18 8/21 8/21 9/6 9/19 12/21 14/4 14/17 14/18 15/2 15/13
filing [1]  9/9
first [1]  6/8
five [1]  7/22
Flom [1]  2/23
Floor [1]  2/11
follow [1]  9/24
following [2]  14/5 14/15
foregoing [1]  20/7
forgot [1]  10/1
forward [1]  8/9
Friday [2]  7/21 7/24 8/13 10/6 15/21
further [2]  16/16 18/25

**G**

get [10]  7/8 7/9 7/17 9/16 10/5 10/12 12/22 13/5 17/21 18/16
GILL [1]  1/11
GIORDANO [2]  2/23 5/11
give [2]  6/5 6/17
giving [2]  10/18 18/5
global [5]  8/24 13/5 16/12 18/13 18/16
globally [1]  13/2
go [10]  4/16 5/17 8/4 10/7 13/2 14/11 14/19 15/6 16/9 16/14
goes [1]  9/17
going [20]  4/8 7/17 8/22 8/22 8/23 9/4 9/6 10/10 10/12 13/17 14/17 14/19 15/4 15/4 15/12 15/13 16/9 16/11 17/19 17/21
gone [2]  10/18 17/20
Good [2]  4/17 11/8
got [1]  6/3
great [1]  4/15
GREENBERG [2]  2/9 4/22
guaranteeing [1]  8/25
guidance [1]  6/6

**H**

had [9]  6/8 6/24 7/5 9/1 17/6 17/9 17/12 17/13 17/14
handle [1]  8/24

handled [2]  12/22 13/2
HANNAH [2]  2/4 4/6 4/10 13/18 16/21
happen [3]  7/13 8/15 9/13
happens [2]  6/7 9/14
happy [1]  10/22
hard [1]  10/23
has [8]  7/17 8/4 9/15 10/9 10/15 12/23 13/25 17/20
have [38]
haven't [1]  7/4
having [1]  11/10
Health [2]  2/13 4/18
heard [2]  11/12 20/9
hearing [8]  8/16 8/18 10/11 10/12 10/22 14/12 14/13 16/8 16/10 17/22
held [3]  7/1 7/11 18/2
her [1]  7/20
here [1]  5/19
his [1]  1/11
history [1]  9/24
hold [11]  7/5 8/19 11/16 11/19 11/19 11/19 11/19 11/20 11/20 11/20 12/9
honest [1]  6/7
Honor [18]  4/17 4/21 11/8 11/12 12/4 13/7 13/14 13/16 13/18 16/2 16/6 16/11 16/20 16/23 17/5 18/23 19/1 19/2
HONORABLE [1]  1/22
hopeful [1]  14/18
how [7]  5/22 5/24 13/24 15/1 17/17 17/17 18/12

**I**

I'd [1]  14/13
I'll [6]  8/3 8/11 8/19 10/19 14/16 16/14
I'm [27]
I've [6]  6/25 9/1 9/25 10/22 15/9 16/25
identified [1]  13/10
identifying [1]  20/13
immediate [1]  14/23
immediately [1]  15/5
important [1]  11/5
impossible [1]  9/24
impression [2]  17/2 17/4
INC [1]  1/8
individual's [1]  4/13
information [1]  10/19
inquired [1]  17/13
institutions [1]  18/4
Instruction [1]  1/14
intent [1]  6/5
interactive [1]  9/8
introduce [1]  4/4
is [54]
issue [4]  9/3 9/10 10/14 12/22
issues [5]  8/23 9/1 10/16 15/10 15/12
it [43]
it's [15]  6/10 6/15 6/23 10/17 11/16 11/18 12/3 12/9 13/12 14/1 14/21

15/4 15/21 17/21 18/21 18/24
J.N [4]  1/5 1/5 4/2 20/2
J.V [2]  1/6 1/6
job [1]  7/8
JOEL [2]  2/9 4/22
JUDGE [15]  1/23 5/21 7/16 7/19 8/7 9/7 10/5 10/5 13/9 14/15 14/20 15/20 15/24 17/21 18/10
judge's [1]  9/14
judgment [9]  11/14 11/23 12/18 12/19 13/8 14/6 14/8 14/10 15/16
judicial [2]  8/23 11/3
July [4]  17/3 17/6 17/10 17/12
July 28th [2]  17/6 17/10
just [19]  4/9 4/14 5/6 5/12 6/11 6/16 7/11 9/13 10/1 10/13 10/25 11/12 11/13 12/5 13/23 13/23 14/14 16/23 17/8 J
Justice [2]  3/6 3/9

**K**

Kaplansky [1]  1/6
KATHERINE [2]  2/23 5/11
Kendra [2]  3/16 20/23
know [7]  7/13 7/19 8/19 10/11 13/24 15/12 16/13
KOTEK [1]  1/14
Kramer [2]  10/7 14/6

**L**

labeled [1]  15/15
last [5]  5/7 6/16 7/14 9/5 14/21
law [14]  2/6 2/13 2/16 2/20 3/3 4/7 4/18 5/2 5/4 5/6 9/18 10/12 13/1 15/9
lawyers [6]  5/19 5/23 10/1 10/24 10/24 13/13
lawyers' [1]  7/2
learn [1]  14/16
learned [2]  17/6 17/18
leave [5]  8/2 10/4 13/9 15/17 18/10
left [1]  10/16
Legislature [1]  14/23
let [2]  8/2 10/11
LEWIS [2]  2/13 4/17
lifted [2]  9/15 17/10
like [2]  9/22 10/25
likely [1]  18/21
limited [1]  20/16
line [3]  13/5 15/5 15/6
list [5]  6/9 6/14 6/15 12/12 14/5
listed [1]  14/1
listening [2]  5/6 5/12
LLP [1]  2/23
long [1]  9/2
longer [1]  18/9
longest [1]  12/21
longest-filed [1]  12/21
look [4]  6/16 15/8 15/9

18/19
looking [1]  9/4
looming [1]  18/20
losing [1]  9/20
lost [1]  5/22
lot [2]  15/10 18/3

**M**

made [1]  18/8
make [5]  9/23 10/1 10/19 12/5 17/8
Manhattan [1]  2/24
many [3]  5/22 5/24 14/5
Market [2]  3/7 3/10
masks [1]  20/11
matters [2]  13/24 17/25
may [7]  12/12 14/12 14/12 18/1 18/18 18/18 18/21
me [8]  5/8 6/17 8/2 8/8 10/17 10/18 12/1 14/25
Meagher [1]  2/23
mean [4]  8/3 8/4 8/4 8/5
means [4]  8/2 8/7 15/17 20/10
mechanically [1]  2/13
Mental [2]  2/13 4/18
mentioned [1]  20/16
might [1]  9/6
minor [1]  14/7
minute [7]  7/25 8/1 8/10 10/3 10/8 12/1 16/7
miscommunication [1]  16/25
Modugno [1]  1/7
MONFREDO [2]  2/16 5/3
month [5]  6/9 6/14 7/8 12/11 14/5
months [3]  6/10 6/14 7/9
moot [1]  9/3
more [2]  9/11 15/13
morning [4]  4/17 11/6 11/8
most [1]  14/23
motion [38]
motion's [2]  7/1 7/2
motions [25]
move [1]  8/8
moving [1]  7/17
Ms. [3]  10/7 14/6 16/4
Ms. Englander [1]  16/4
Ms. Kramer [2]  10/7 14/6
much [1]  11/9 13/19
my [12]  6/4 6/5 6/25 7/7 9/18 9/22 10/12 11/16 12/11 13/25 15/9 20/8
myself [2]  7/11 8/17

**N**

name [1]  5/7
National [2]  2/6 2/16 2/20 3/3 4/6 5/1 5/3 5/5
necessarily [1]  9/2
necessary [3]  9/9 14/21 18/19
need [8]  4/12 8/8 9/2 9/6 10/21 15/12 15/14 18/21
needed [2]  7/6 15/8

**N**

needs [2]  8/6 14/13
new [4]  2/24 8/6 8/21
 13/4
next [7]  6/1 7/24 7/24
 8/13 8/16 10/6 15/20
night [1]  6/16
NINA [6]  2/16 3/6 5/3
 5/19 11/9 13/6
no [9]  1/9 10/8 16/12
 17/13 17/14 17/25 18/1
 18/9 20/3
No. [2]  4/2 13/8
No. 165 [1]  13/8
No. 19-96 [1]  4/2
nobody [4]  14/12 17/12
 17/12 18/8
nobody's [1]  14/24
normal [1]  18/18
not [36]
Nothing [1]  16/16
notice [1]  15/18
now [7]  3/21 8/2 9/13
 11/12 13/20 17/24
 17/24
number [5]  8/11 11/21
 11/22 15/15 17/22
number 1 [1]  8/11
number 165 [1]  13/8
NW [5]  2/7 2/14 2/17
 2/20 3/3
NY [1]  2/24

**O**

obviously [2]  13/22 14/7
occur [1]  20/15
occurring [1]  20/17
October [1]  15/22
October 6th [1]  15/22
off [1]  8/12
official [3]  1/12 10/3
 20/23
oftentimes [1]  9/1
Oh [1]  11/25
Okay [5]  6/1 12/2 12/9
 12/10 12/14
old [1]  8/20
older [1]  6/10
oldest [2]  7/7 13/25
once [2]  9/14 17/18
one [18]  2/24 5/15 5/18
 6/11 6/13 6/18 7/7 8/20
 8/21 10/13 10/24 12/21
 14/15 16/20 17/22 18/7
 18/9 18/21
only [2]  13/20 17/2
opinion [2]  10/14 18/16
oral [3]  8/19 8/25 15/8
order [7]  7/25 8/1 8/10
 10/3 10/8 12/1 16/7
OREGON [15]  1/2 1/11
 1/12 1/14 2/3 2/10 3/6
 3/9 3/17 4/2 4/21 4/24
 14/23 20/2 20/18
original [1]  20/20
other [13]  7/6 9/20
 10/24 12/6 12/12 12/15
 12/21 14/4 14/11 14/15
 15/5 17/13 20/14
our [7]  6/9 6/22 7/8 7/9
 7/22 13/19 13/20

**out** [7]  7/10 8/3 8/10
 9/13 13/14 17/2 17/20
over [6]  6/22 6/25 20/17
overlapping [1]  20/12
Overstreet [1]  1/6

**P**

PACKRONE [3]  2/19
 4/23 5/1
pages [1]  12/18
papers [1]  8/5
PARENT [1]  1/7
particularly [1]  8/17
parties [6]  14/2 16/25
 17/1 17/3 17/8 20/10
parties' [2]  7/2 12/24
Pat [1]  7/16
pending [5]  9/11 12/16
 13/7 14/11 18/17
people [6]  4/12 4/14 6/6
 6/24 18/5 18/20
Perfect [1]  6/19
perfectly [1]  10/22
period [2]  8/12 10/1
person [1]  17/25
phone [1]  20/11
piecemeal [1]  16/13
piecemealing [1]  12/25
piggyback [1]  13/4
placeholder [1]  8/18
Plaintiff [4]  4/5 4/7
 13/15 16/3
Plaintiffs [19]  1/9 2/2
 2/5 2/9 2/12 2/15 2/19
 2/22 3/2 4/19 4/21 4/25
 5/2 5/4 5/6 5/12 16/1
 16/19 19/1
Plaintiffs' [1]  5/22
planning [1]  16/8
pleadings [6]  11/15
 11/24 12/3 13/8 14/10
 15/16
please [2]  4/4 11/20
plus [1]  9/18
point [3]  15/7 16/13
 17/4
Portland [1]  2/4 2/11
 3/7 3/10
POTTER [3]  3/9 5/13
 5/18
pragmatically [1]  9/13
predict [1]  7/24
prepared [1]  7/20
pretty [1]  9/1
previously [1]  17/1
probably [3]  6/4 7/11
 17/24
procedural [1]  9/24
procedure [1]  6/5
procedures [1]  13/10
proceeded [1]  17/17
proceedings [5]  1/21
 19/5 20/9 20/15 20/17
process [2]  15/1 15/20
progress [1]  12/22
proposal [2]  12/6 12/9
provided [1]  17/8
Public [1]  1/13
pull [1]  12/25
put [5]  8/12 8/12 9/19
 14/9 16/11

**Q**

question [3]  6/3 11/12
 16/21
questions [2]  11/4 11/7

**R**

reactivate [2]  10/8
 15/19
reactivated [1]  13/12
read [2]  10/22 18/15
ready [1]  10/12
realistic [1]  16/10
really [4]  6/6 6/9 6/15
 7/12
reason [1]  16/12
reasons [1]  20/16
REBECCA [2]  3/2 5/5
recall [1]  10/16
recess [1]  19/3
recite [1]  11/21
record [3]  4/4 10/4
 11/14
records [1]  18/15
redo [1]  8/5
reference [1]  11/13
referenced [1]  12/7
referred [3]  7/14 7/15
 7/16
referring [1]  11/14
refers [1]  8/8
refile [9]  8/2 8/2 8/5
 10/4 11/11 13/9 13/11
 15/17 18/10
rel [4]  1/5 1/5 1/6 1/7
remaining [1]  15/10
renew [2]  6/5 14/9
renewed [1]  8/11
renewing [1]  9/22
repeatedly [1]  6/25
report [2]  10/5 14/1
reported [3]  9/4 17/15
 18/7
reporter [3]  3/16 4/8
 20/23
reporting [2]  6/22 9/25
request [3]  7/2 12/24
 12/24
requested [1]  18/6
resolution [1]  18/13
resolve [1]  9/20
resolved [4]  9/10 13/24
 17/22 18/12
respect [1]  13/11
respond [1]  13/17
responsible [1]  15/6
review [2]  7/20 15/9
right [7]  8/13 15/14
 15/23 15/25 16/10
 16/18 18/25
Rights [4]  2/3 2/10 4/20
 4/24
robust [1]  7/23
roll [3]  8/22 8/23 9/10
Room [1]  3/17
RPR [3]  3/16 20/23
rule [1]  8/3
rules [1]  17/12
ruling [4]  8/24 13/5
 16/12 18/2

**S**

said [2]  10/15 17/12

**Sarah** [1]  1/6
say [1]  8/8
saying [2]  8/10 12/1
says [1]  8/1
schedule [1]  7/14
second [2]  6/18 10/10
send [1]  8/10
sense [1]  18/16
sent [1]  7/20
September [3]  1/10
 7/22 20/5
session [1]  14/23
set [4]  4/1 6/2 7/21 11/5
SETH [3]  2/19 4/23 5/1
settle [10]  7/5 7/16 8/8
 8/13 9/17 14/9 15/19
 18/7 18/12 18/17
settlement [16]  7/3 7/21
 7/23 7/23 8/14 9/16
 10/2 13/9 14/3 14/16
 14/19 15/3 15/20 17/16
 17/20 18/11
seven [1]  5/23
several [1]  17/20
she [2]  8/7 9/17
sheet [1]  11/17
SHEILA [4]  3/9 5/13
 5/17 5/18
shortly [1]  8/14
should [4]  7/11 8/13
 15/19 18/7
side [2]  10/24 18/4
sides [1]  11/2
signature [4]  20/20
 20/21 20/21 20/23
signed [1]  20/21
signing [1]  20/7
simple [2]  6/3 10/25
simplify [1]  14/24
simply [1]  10/1
single [1]  8/15
sit [1]  10/21
sitting [3]  7/7 10/15
 12/23
six [10]  5/23 6/9 6/10
 6/14 6/14 7/8 7/9 7/22
 12/11 14/5
six-month [5]  6/9 6/14
 7/8 12/11 14/5
Skadden [1]  2/23
Slate [1]  2/23
so [40]
some [5]  6/6 9/8 14/7
 16/25 17/7
somebody [1]  13/17
soon [1]  14/14
sooner [1]  17/23
sorry [2]  5/18 15/24
speak [2]  4/14 20/13
speaker's [1]  20/14
speakerphone [2]  20/11
 20/18
speakers [3]  20/12
 20/12 20/13
speaking [1]  20/12
spell [1]  5/7
spoke [1]  17/5
start [1]  8/18
State [2]  1/14 19/2
State's [1]  11/10
stated [2]  4/9 11/25
STATES [4]  1/1 1/23

**3/16** 20/18
status [15]  1/20 4/3 6/2
 7/11 7/14 8/9 9/5 10/7
 11/5 14/14 14/22 15/18
 17/5 17/10 20/4
stay [4]  9/15 17/1 17/2
 17/9
stayed [13]  7/1 7/2
 12/20 12/24 14/2 14/6
 16/24 17/4 17/11 17/15
 17/15 17/18 18/9
stenographic [1]  20/10
STENSON [2]  2/2 4/20
Steppler [2]  3/16 20/23
still [1]  5/13
Street [2]  3/7 3/10
stretch [1]  9/21
strike [5]  8/25 10/11
 14/14 16/8 16/9
subject [1]  13/10
submitted [1]  8/6
such [1]  20/17
suggest [2]  9/4 9/6
Suite [5]  2/4 2/7 2/17
 2/21 3/4
Sullivan [11]  7/16 7/19
 8/7 9/7 9/17 10/6 13/10
 14/20 15/20 17/21
 18/11
Sullivan's [1]  14/15
summary [4]  12/18
 12/19 14/6 14/8
Superintendent [1]  1/13
sure [2]  12/5 17/8
SW [4]  2/3 2/10 3/7
 3/10
swung [1]  17/18

**T**

take [12]  6/16 8/12
 10/13 10/20 10/25
 10/25 13/1 15/7 15/9
 15/14 16/14 18/19
taken [1]  20/9
talk [1]  9/7
talked [1]  14/6
technical [1]  20/14
technological [1]  20/17
telephone [3]  9/5 10/7
 15/18
telephonic [5]  1/20 20/4
 20/9 20/10 20/15
tell [1]  15/4
than [5]  6/10 9/11 15/13
 17/13 17/24
thank [9]  4/11 5/10 5/21
 11/9 12/4 13/19 16/20
 18/23 19/3
Thanks [1]  5/6
that [95]
that's [12]  5/20 8/11
 8/20 9/9 9/11 14/24
 15/25 16/10 17/17
 17/17 17/22 18/19
their [3]  8/5 10/2 18/20
them [4]  8/24 16/12
 18/14 18/15
themselves [1]  20/13
then [4]  10/21 12/6
 14/16 16/14
there [18]  8/16 10/6
 10/15 10/23 12/6 12/12

T

there... [12]  12/15 12/23
13/13 14/4 14/12 14/20
15/10 15/17 16/15
17/25 18/14 18/18
there's [5]  9/19 12/23
14/17 16/12 18/1
thereafter [2]  8/14 10/6
these [5]  8/20 8/20
13/24 18/2 18/14
they [3]  10/25 13/25
20/13
they'll [2]  13/2 13/3
they're [2]  6/10 7/1
they've [2]  18/5 18/5
things [1]  7/6
think [5]  5/20 5/25 9/8
15/21 16/24
this [55]
THOMAS [1]  2/2
thoroughly [1]  18/15
those [6]  8/23 12/8
12/20 14/8 15/11 18/7
thought [2]  6/7 11/5
through [6]  6/7 10/18
10/19 10/21 15/19 17/3
time [4]  4/1 9/2 9/21
18/3
times [1]  17/20
TINA [1]  1/14
today [3]  7/22 13/20
17/8
together [3]  8/24 12/25
16/12
told [1]  18/8
Tom [1]  4/20
Traci [1]  1/7
transcript [3]  1/21 20/8
20/20
trial [2]  10/18 18/1
tried [1]  17/25
true [1]  20/7
try [1]  17/23
trying [3]  10/23 12/25
14/24
turns [1]  14/3
two [3]  10/16 10/24
15/10

U

under [8]  9/17 10/13
10/20 12/11 13/3 14/11
17/1 17/3
understand [4]  4/9
13/24 15/1 15/11
understanding [5]  13/20
16/7 16/24 17/7 17/13
understood [3]  12/4
12/5 17/9
UNITED [4]  1/1 1/23
3/16 20/18
until [2]  15/7 17/11
up [3]  7/1 15/14 17/11
us [3]  7/5 17/16 18/8

V

variety [2]  18/3 18/4
Vermont [1]  2/14
very [8]  6/3 6/3 7/12
10/23 11/1 11/4 11/9
13/19

via [2]  20/9 20/11
voluminous [1]  18/13

W

W-O-L-O-Z-I-N [1]  5/9
Wait [1]  11/19
want [3]  7/25 13/23
17/8
wanted [3]  7/5 12/5
16/23
was [21]
Washington [5]  2/8 2/14
2/18 2/21 3/4
wasn't [2]  17/15 17/18
way [3]  10/19 14/15
18/1
we [39]
we'll [5]  10/13 13/1
14/14 16/14 18/19
we're [7]  9/20 9/20 16/9
17/19 17/21 18/2 19/3
we've [6]  6/8 7/20 10/18
12/23 15/2 18/4
wearing [1]  20/11
week [1]  7/21
well [1]  16/8
went [1]  7/10
were [8]  11/14 12/6
12/7 15/1 17/1 17/3
17/25 18/8
West [1]  2/24
what [17]  4/9 6/5 6/7
6/9 7/10 7/13 8/2 8/3
9/4 9/13 9/13 9/22
13/25 14/21 15/11 18/5
18/5
what's [3]  12/11 12/11
15/13
when [6]  7/1 8/7 10/23
17/5 18/21 20/12
where [2]  10/1 10/22
whether [7]  9/9 10/9
14/16 14/20 15/8 16/23
18/19
which [12]  6/8 6/23 6/24
7/25 10/3 13/21 14/5
15/15 15/17 15/20 17/9
18/6
while [2]  6/4 15/3
why [1]  8/17
will [29]
withdrawing [1]  13/7
withdrawn [1]  15/16
within [1]  7/9
without [1]  20/20
WOLOZIN [2]  3/2 5/5
won't [1]  8/25
word [1]  9/16
words [1]  4/14
work [6]  7/3 7/4 10/8
14/3 15/3 15/11
worked [1]  7/19
worry [1]  14/13
worth [1]  6/4
would [5]  4/14 4/14
9/22 11/25 18/2
wouldn't [1]  17/23
wrong [3]  6/13 10/17
17/14

Y

year [6]  6/15 6/22 7/7

9/12 12/23 14/1
years [1]  6/25
Yes [6]  5/16 6/18 12/17
13/18 15/24 16/2
yesterday [1]  7/12
yet [3]  7/15 7/17 14/4
York [1]  2/24
you [42]
you'll [2]  7/23 9/7
you're [5]  9/15 10/10
10/18 15/5 16/8
you've [4]  15/2 15/3
16/5 18/10
your [21]
yourselves [1]  4/4
Youth [8]  2/6 2/16 2/20
3/3 4/7 5/2 5/4 5/6