IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| J.N., *et al.*,<br><br>  Plaintiffs,<br><br>v.<br><br>OREGON DEPARTMENT OF EDUCATION, *et al.*,<br><br>  Defendants. | Civ. No. 6:19-cv-00096-AA<br><br>JUDGMENT |

This case is DISMISSED for lack of subject matter jurisdiction under Federal Rule of Civil Procedure 12(h)(3).

DATED: 2/29/2024

Melissa Aubin, Clerk

By   /s/ C. Kramer
     Deputy Clerk

1 –JUDGMENT