# UNITED STATES DISTRICT COURT
# DISTRICT OF OREGON
# EUGENE DIVISION

| | |
|---|---|
| J.N., by and through his next friend, Cheryl Cisneros; J.V., by and through his next friend, Alisha Overstreet; J.V., by and through his next friend, Sarah Kaplansky; B.M., by and through his next friend, Traci Modugno; on behalf of themselves and all others similarly situated, and<br><br>COUNCIL OF PARENT ATTORNEYS AND ADVOCATES, INC.,<br><br>Plaintiffs,<br><br>v.<br><br>OREGON DEPARTMENT OF EDUCATION,<br><br>DR. CHARLENE WILLIAMS, in her official capacities as Director of Oregon Department of Education and Deputy Superintendent of Public Instruction for the State of Oregon, and<br><br>TINA KOTEK, in her official capacities as Governor and Superintendent of Public Instruction for the State of Oregon,<br><br>Defendants. | Case No. 6:19-CV-00096-AA<br><br>PLAINTIFFS' NOTICE OF APPEAL |

## NOTICE OF APPEAL

NOTICE IS HEREBY GIVEN that all Plaintiffs in the above-named case, filed on January 22, 2019, Dkt No. 1, hereby appeal to the United States Court of Appeals for the Ninth Circuit from the order entered in this action on February 29, 2024, Dkt. No. 237, dismissing the action for lack of subject matter jurisdiction under Federal Rule of Civil Procedure 12(h)(3).

Respectfully submitted,                                  Dated: March 29, 2024

_____/s/ Selene Almazan-Altobelli_____
Selene Almazan-Altobelli (MD No. 10506)*
selene@copaa.org
Council of Parent Attorneys and Advocates
8 Market Place, Suite 300
Baltimore, MD 21285


Thomas Stenson (OR No. 152894)                          Ira A. Burnim (D.C. No. 406154)*
tstenson@droregon.org                                    irab@bazelon.org
Joel Greenberg (OR No. 943233)                           Lewis Bossing (D.C. No. 984609)*
jgreenberg@droregon.org                                  lewisb@bazelon.org
Disability Rights Oregon                                 Bazelon Center for Mental Health Law
511 SW 10th Avenue, Suite 200                            1090 Vermont Avenue NW, Suite 220
Portland, OR 97205-2748                                  Washington, DC 20005-4900
(503) 243-2081                                           (202) 467-5730

Hannah Benton Eidsath (CT No. 428982)*
hbenton@youthlaw.org
Seth Packrone (NY No. 5395769)*                          Katherine Giordano (NY No. 5952270)*
spackrone@youthlaw.org                                   katherine.giordano@probonolaw.com
Nina Monfredo (NY No. 5717624)*                          1 Manhattan West
nmonfredo@youthlaw.org                                   New York, NY 10001
National Center for Youth Law                            (212) 735-3000
818 Connecticut Ave. NW, Suite 425
Washington, DC 20006
(202) 868-4781

*Admitted pro hac vice

*Attorneys for Plaintiffs*